# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

In the Matter of   JAMES
U.S. v. GERMAINE BOSS

Case Number: 08 CR 623
08 CR 623

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED

AUG 0 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)   Paul Flynn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ Paul | |
| FIRM   FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS   55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP   Chicago, Illinois   60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   312/621-8300 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☑