## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 623-1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | United States of America vs. James Germaine Boss | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant waives identity hearing. Government's oral motion to detain defendant is granted. Pursuant to USC §1342 (g)(1)-(4), the Government has proved by clear and convincing evidence that there is no condition or set of conditions that will reasonably ensure the safety of the community. The Government has demonstrated by a preponderance of the evidence that there is no condition or set of conditions that will reasonably assure the defendant's attendance in the charging District of Minnesota in Indictment CR 08-232 MJD/AJB. The defendant is ordered detained and removed to the District of Minnesota forthwith.

Enter Pretrial Detention Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|