UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 623 |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| JAMES GERMAINE BOSS | ) | |

### PRETRIAL DETENTION ORDER

Defendant James Germain Boss appeared before this Court on August 6, 2008, then on August 8, 2008, for a detention hearing. Defendant waived his right to an identity hearing. The government moved for detention of defendant and removal to the District of Minnesota to face charges on the indictment in that district in case no. 08-232. The government presented argument in support of its detention request. Defendant presented argument as to why detention was inappropriate. Based upon the evidence presented in the Pretrial Service Report, and the arguments presented by both parties, the Court finds by clear and convincing evidence (see 18 U.S.C. § 3142(f)) that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of the public. In support of this conclusion, the Court makes the following written findings (see 18 U.S.C. §3142(i)):

1. The nature and circumstances of the offense charged are that this is a serious federal criminal offense involving an alleged distribution of over 500 grams of powder cocaine and 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846;

2. The weight of the evidence against the defendant is substantial; and

3. The history and characteristics of the defendant favor detention. Specifically,

   a. defendant has a significant criminal history, including 6 prior felony convictions, including a prior federal conviction for Possession with the Intent to Distribute Cocaine in the Northern District of Alabama;

   b. defendant has several prior failures to appear in criminal hearings and several prior probation violations and several prior arrests while on bond or probation; and

   c. defendant has no property to post as collateral on a proposed bond.

4. The nature and the seriousness of the offense charged, defendant's numerous prior convictions, and defendant's arrests while on probation, indicate a danger to the community posed by his release from custody.

5. Defendant has failed to overcome the presumption that she should be detained based on the nature of the charges contained in the complaint. *See* 18 U.S.C. § 3142(e).

The Court concludes pursuant to 18 U.S.C. § 3142(f) that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of the community as required if he was released on bond. This decision is based on: (a) the serious nature and circumstances of the offense charged; (b) the substantial weight of the evidence against the defendant; and (c) the history and characteristics of the defendant.

It is hereby ordered that defendant James Germaine Boss remain committed to the custody of the Attorney General for confinement in a corrections facility and transport to face charges in the District of Minnesota, until the resolution of this case or until further order of the Court. During the period of confinement, Boss shall be kept separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further ordered that Boss shall be afforded reasonable opportunity for private consultation with his counsel.

It is further ordered that on order of a United States Court or on request of an attorney for the government, the Warden of the correctional facility designated by the United States Marshals shall deliver Boss to a United States Marshal for the purpose of an appearance in connection with a court proceeding in the District of Minnesota.

ENTER:

_____
JEFFREY COLE, Magistrate Judge
United States District Court

Dated: Aug 9, 2008

3