

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

**OFFICE OF THE CLERK**
(312) 435-5698

August 13, 2008

FILED
8-29-08
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

District of Minnesota
Mr. Richard D. Sletten, Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: U.S.A. -v- **James Germaine Boss**
Case Number: **08 CR 623**

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet         _X_ Affidavit in Removal         _X_ Financial Affidavit

____ Order setting conditions of release         ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Marsha E. Glenn
Deputy Clerk

Enclosures

New Case No. CR 08-232(3) MJD/AJB        Date 8-21-08